IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:06-CR-235-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DEVARES ANTRON VICK, ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in the government's response in opposition [D.E. 98], the court DENIES defendant's motion [D.E. 95].

SO ORDERED. This 27 day of April, 2022.

JAMES C. DEVER III
United States District Judge